# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ JR., <br> Plaintiff, <br> v. <br> ROBERT YGLESIAS, <br> Defendant. | CASE NO. EDCV 17-513-GW (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that the complaint and action are hereby dismissed.

DATED: May 19, 2017

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE